# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Kenzhe Anarbek,

      Petitioner,

v.

Fred Figueroa, et al.,

      Respondents.

No. CV-26-01045-PHX-SHR (JFM)

**ORDER**

Petitioner challenged his prolonged immigration detention, arguing he is improperly subjected to mandatory detention without a bond hearing.  (Doc. 1.)  The Court directed Respondents to respond to the Petition.  (Doc. 3.)  Respondents' response stated:

> Respondents do not oppose Petitioner's request for a bond hearing at this time.

(Doc. 13.)  But Respondents do not address the crux of Petitioner's claim—that he is subject to prolonged detention under the Fifth Amendment and is entitled to a bond hearing at which the Government bears the burden of establishing Petitioner is a flight risk or a danger.  The Court therefore finds the issue waived.  *United States v. Kimble*, 107 F.3d 712, 715 n.2 (9th Cir. 1997) ("[B]ecause this argument was not coherently developed in his briefs on appeal, we deem it to have been abandoned.").

The Court will accept the Government's concession as non-opposition to granting Petitioner's habeas corpus petition and granting a bond hearing.  The Court will further order the bond redetermination hearing to comply with the procedural requirements set out

in *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011).

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED** to the extent it seeks a bond redetermination hearing. The Petition is otherwise **DENIED**.

**IT IS FURTHER ORDERED** Respondents must provide Petitioner a bond redetermination hearing that complies with the procedural requirements set out in *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011), within **SEVEN DAYS** or release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within **THREE DAYS** of releasing Petitioner or providing him a bond hearing. **If applicable, that notice must include the result of the bond hearing.**

**IT IS FURTHER ORDERED** any pending motions are **DENIED AS MOOT** and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 18th day of May, 2026.

Honorable Scott H. Rash
United States District Judge

- 2 -