# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Kenzhe Anarbek,

      Petitioner,

v.

Fred Figueroa, et al.,

      Respondents.

No. CV-26-01045-PHX-SHR (JFM)

**ORDER**

Judgment having been entered in this case (Doc. 15),

**IT IS ORDERED** the reference to the magistrate judge is withdrawn subject to further order of the Court.

Dated this 9th day of July, 2026.

Honorable Scott H. Rash
United States District Judge